**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> JESSIE L HANNAH <br> Debtor(s) | Case No. 11-44365 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2011.

2) The plan was confirmed on 02/22/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/22/2012, 08/27/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/23/2015.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,900.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 11-44365   Doc 80   Filed 03/10/15   Entered 03/10/15 16:41:27   Desc Main
              Document      Page 2 of 4

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,456.00 |
| Less amount refunded to debtor | $832.00 |
| **NET RECEIPTS:** | **$26,624.00** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,007.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,191.91 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,198.91** |

Attorney fees paid and disclosed by debtor:     $493.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACME CONTINENTAL C U | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 4,906.31 | 4,906.31 | 522.49 | 0.00 |
| BALABAN FURNITURE LTD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| CCS/BRYANT STATE BANK | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 900.00 | 733.22 | 733.22 | 78.09 | 0.00 |
| CONSULTANTS IN PATHOLOGY | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| FINANCE AMERICA CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NAITONAL CREDIT/LEGACY | Unsecured | 677.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 389.00 | 475.42 | 475.42 | 37.71 | 0.00 |
| GREGORY EMERGENCY | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 127.20 | 127.20 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 412.00 | 227.82 | 227.82 | 227.82 | 0.00 |
| LVNV FUNDING | Unsecured | 900.00 | 755.48 | 755.48 | 80.45 | 0.00 |
| METABANK/FINGERHUT | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | 145.00 | 0.00 | 338.20 | 36.01 | 0.00 |
| MIDWEST TITLE LOANS | Secured | 1,000.00 | 1,483.20 | 1,145.00 | 1,145.00 | 60.59 |
| MONROE & MAIN | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1,479.00 | 269.52 | 1,469.52 | 156.48 | 0.00 |
| MONTEREY FINANCIAL SVC | Secured | NA | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
| ONE CLICK CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 867.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PLAINS COMMERCE BANK | Unsecured | 878.00 | NA | NA | 0.00 | 0.00 |
| PLS FIN SERV | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| PLS FIN SERV | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 271.00 | 298.22 | 298.22 | 21.69 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,665.00 | 0.00 | 4,631.59 | 493.22 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Secured | 12,335.00 | 16,966.59 | 12,335.00 | 11,911.70 | 739.10 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 878.74 | 878.74 | 93.57 | 0.00 |
| QC FINANCIAL/NTNAL QUICK CASH | Unsecured | 677.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 1,910.82 | 1,910.82 | 203.48 | 0.00 |
| SEVENTH AVENUE | Unsecured | 475.00 | 389.22 | 389.22 | 41.45 | 0.00 |
| Springleaf Financial Services | Secured | 8,059.85 | 5,879.79 | 5,879.79 | 5,879.79 | 207.45 |
| SUN CASH OF WI LLC | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| THROUGH THE COUNTRY DOOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOAN | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL LENDERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL | Secured | 156,183.01 | 155,263.70 | NA | 0.00 | 0.00 |
| US BANK NATIONAL | Secured | NA | 3,542.09 | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Secured | 489.00 | 0.00 | 489.00 | 489.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,359.79 | $18,936.49 | $1,007.14 |
| All Other Secured | $1,689.00 | $489.00 | $0.00 |
| **TOTAL SECURED:** | **$21,048.79** | **$19,425.49** | **$1,007.14** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $227.82 | $227.82 | $0.00 |
| **TOTAL PRIORITY:** | **$227.82** | **$227.82** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,013.94** | **$1,764.64** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,198.91 |
| Disbursements to Creditors | $22,425.09 |
| **TOTAL DISBURSEMENTS:** | **$26,624.00** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/10/2015                                By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**